UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLAQUEMINES PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5238** |
| **GOODRICH PETROLEUM CO., LLC, ET AL.** | **SECTION "A" (3)** |
| **PLAQUEMINES PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5262** |
| **CASKIDS OPERATING CO., ET AL.** | **SECTION "A" (4)** |
| **PLAQUEMINES PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5265** |
| **LLOG EXPLORATON & PRODUCTION CO., LLC, ET AL.** | **SECTION "A" (3)** |

**ORDER**

The cases before the Court are three of several pending in this district seeking to determine the oil and gas industry's responsibility—and consequently, their restoration obligations, if any—for the rapid loss and deterioration of Louisiana's coastal wetlands. All cases allotted to this section have motions to remand pending. The cases were administratively closed pending a ruling by the Honorable Martin L. C. Feldman in the related cases allotted to him. On May 28, 2019, Judge Feldman granted a motion to remand filed in *Plaquemines Parish v. Riverwood Production Co.*, No. 18-5217, R. Doc. 79.

In each of the cases allotted to this section, the plaintiffs have filed motions to reopen the case and to proceed with the motions to remand based on Judge Feldman's ruling. Although the

plaintiffs argue that the Fifth Circuit lacks jurisdiction over any appeal of the ruling, Judge Feldman nevertheless stayed the remand order in his case to allow the defendants to take an appeal. *Plaquemines Parish v. Riverwood Production Co.*, No. 18-5217, R. Doc. 87. A notice of appeal has been filed. This Court agrees with the action taken by those judges who have determined that the related cases should remain stayed until such time as the Fifth Circuit either determines that it lacks jurisdiction over the appeal or otherwise disposes of the appeal on the merits.

Accordingly;

**IT IS ORDERED** that the **Motions to Reopen (18-5238:45; 18-5262:32; 18-5265:41)** filed in each of the captioned cases are **DENIED** without prejudice and the above captioned cases will remain stayed and administratively closed pending the appeal of *Plaquemines Parish v. Riverwood Production Co.*, No. 18-5217.

June 21, 2019

_____
Jay C. Zainey
United States District Judge