# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLAQUEMINES PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5262** |
| **CASKIDS OPERATING CO., ET AL.** | **SECTION "A"** |
| **PLAQUEMINES PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5265** |
| **LLOG EXPLORATION & PRODUCTION CO., ET AL.** | **SECTION "A"** |

## ORDER

For the same reasons given when the Court granted the motion to remand filed in Civil Action 18-5238, *Parish of Plaquemines v. Goodrich Petroleum Co., LLC, et al.*,

Accordingly;

**IT IS ORDERED** that the Motions to Remand filed in the captioned cases are **GRANTED** and these actions are **REMANDED** to the state court from which they were removed.

February 14, 2023

_____
Jay C. Zainey
United States District Judge